| | |
|---|---|
| 1 | STEVEN A. GROODE, Bar No. 210500 |
| | HEATHER M. DAVIS, Bar No. 239372 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 4 | Telephone:  310.553.0308 |
| | Facsimile:   310.553.5583 |
| 5 | E-mail: sgroode@littler.com |
| | E-mail: hdavis@littler.com |

JS-6

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY DAVIS,

        Plaintiff,

v.

GREYHOUND LINES, INC., and Does 1 to 50,

        Defendant.

Case No.  CV 10-402 VBF (RCx)

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

C:\Documents and Settings\mlovich\My Documents\CV 10-402 VBF [proposed order] Stipulation to Dismiss.doc

1  Pursuant to the stipulation of the Parties, Plaintiff's Complaint and this entire
2  action hereby is dismissed with prejudice. Each party shall bear her and its own
3  attorneys' fees and costs in connection with the prosecution and defense of this action.
4  The OSC re Dismissal in Light of Settlement (see docket #64) is discharged and
5  all future dates are taken off calendar. This case is CLOSED.

7  IT IS SO ORDERED.

9  Dated:   March 16, 2011

                                        *Valerie Baker Fairbank*
10                                      _____
                                        HON. VALERIE F. FAIRBANK,
                                        UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

C:\Documents and Settings\mlovich\My Documents\CV 10-402 VBF [proposed order] Stipulation to Dismiss.doc

1.